IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 24-CR-1717 DHU

GERARDO ANDRADE-URBINA,

Defendant.

**ORDER**

THIS MATTER having come before the Court on the Defendant, Gerardo Andrade-Urbina's Unopposed Motion to Temporarily Modify his Conditions of Pre-Trial Supervision, and the Court being otherwise fully advised in the premises, finds the motion is well taken and hereby,

ORDERS the Defendant Gerardo Andrade-Urbina's pre-trial release order be temporarily modified as follows:

Mr. Gerardo Andrade-Urbina is authorized to travel from Albuquerque, New Mexico to Anaheim, California from October 7-12, 2026.

All other conditions of pre-trial release remains in effect.

IT IS SO ORDERED.

Jennifer M. Rozzoni

UNITED STATES MAGISTRATE JUDGE